UNITED STATES DISTRICT COURT           SUPPRESSED
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

UNITED STATES OF AMERICA,       )

           Plaintiff,       )

v.       )

CLYDE JEFFERSON and       )
EBONY CANNAMORE,       )

           Defendants.       )

**MAY 2 3 2019**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# 4:19CR398 ERW/PLC

## INDICTMENT

The Grand Jury charges that

## INTRODUCTION

That at all times material to this Indictment,

1. Facebook is a social networking company headquartered in Menlo Park, California and is a business operating in and affecting interstate commerce.

2. Facebook Marketplace is a Facebook service which allows anyone with a Facebook profile to buy and sell items directly through Facebook.

3. OfferUp is a company headquartered in Bellevue, Washington and is a business operating in and affecting interstate commerce.

4. The OfferUp platform is a mobile-only marketplace that facilitates the buying and selling of goods via the OfferUp application ("app"). Buyers and sellers communicate directly through the app.

5. Letgo is a company headquartered in New York City and Barcelona and is a business operating in and affecting interstate commerce.

6. Letgo provides users with a website and an app that allows users to buy, sell and chat with other users.

7. Craigslist is a company headquartered in San Francisco, California and is a business operating in and affecting interstate commerce.

8. Craigslist is a web-based classified ads service that allows users to buy and sell items with other users.

## COUNT ONE

On or about August 3, 2018, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

## CLYDE JEFFERSON,

together with others known and unknown to the Grand Jury, did intentionally and unlawfully obstruct, delay and affect, and attempt to obstruct delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that after J.A. used Facebook Marketplace to arrange for the sale of J.A.'s iPhone, J.A. met with the defendant to complete the transaction and the defendant did unlawfully take and obtain J.A.'s property that is, an Apple iPhone, from J.A. and against the will of J.A. by means of actual and threatened force, violence, and fear of injury, immediate and future, to J.A.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT TWO

On or about August 3, 2018, in St. Louis City, in the Eastern District of Missouri, the defendant,

## CLYDE JEFFERSON,

did knowingly brandish a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is interfering with commerce by robbery, in violation of Title 18, United States Code, Section 1951, as alleged in Count One of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT THREE

On or about August 3, 2018, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**CLYDE JEFFERSON,**

together with others known and unknown to the Grand Jury, with intent to defraud, did pass and utter to J.A., a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of twenty dollars, Serial No. ML0423350N, which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Sections 472 and 2.

## COUNT FOUR

On or about September 21, 2018, in the City of St. Louis, within the Eastern District of Missouri, the defendant

**CLYDE JEFFERSON,**

together with others known and unknown to the Grand Jury, did intentionally and unlawfully obstruct, delay and affect, and attempt to obstruct delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that after S.H. used OfferUp to arrange for the sale of S.H.'s iPhone, S.H. met with the defendant to complete the transaction and the defendant did unlawfully take and obtain S.H.'s property that is, an Apple iPhone, from S.H. and against the will of S.H. by means of actual and threatened force, violence, and fear of injury, immediate and future, to S.H.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT FIVE

On or about September 21, 2018, in St. Louis City, in the Eastern District of Missouri,

the defendant,

**CLYDE JEFFERSON,**

did knowingly brandish a firearm, during and in relation to a crime of violence for which he may

be prosecuted in a court of the United States, that is interfering with commerce by robbery, in

violation of Title 18, United States Code, Section 1951, as alleged in Count Four of this

indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT SIX

On or about September 21, 2018, in the City of St. Louis, within the Eastern District of

Missouri, the defendant,

**CLYDE JEFFERSON,**

together with others known and unknown to the Grand Jury, with intent to defraud, did pass and

utter to S.H., a falsely made, forged and counterfeited obligation of the United States, that is, a

Federal Reserve Note in the denomination of twenty dollars, Serial No. MA20841243C, which

he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Sections 472 and 2.

## COUNT SEVEN

On or about October 8, 2018, in the City of St. Louis, within the Eastern District of Missouri,

the defendant,

**CLYDE JEFFERSON,**

together with others known and unknown to the Grand Jury, did intentionally and unlawfully

obstruct, delay and affect, and attempt to obstruct delay and affect, commerce as that term is

defined in Title 18, United States Code, Section 1951, and the movement of articles and

commodities in such commerce, by robbery as that term is defined in Title 18, United States

Code, Section 1951, in that after L.R. used Facebook Marketplace to arrange for the sale of

L.R.'s iPhone, L.R. met with the defendant to complete the transaction and the defendant did

unlawfully take and obtain L.R.'s property that is, an Apple iPhone, from L.R. and against the will of L.R. by means of actual and threatened force, violence, and fear of injury, immediate and future, to L.R.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT EIGHT

On or about October 8, 2018, in St. Louis City, in the Eastern District of Missouri, the defendant,

## CLYDE JEFFERSON,

did knowingly brandish and discharge a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is interfering with commerce by robbery, in violation of Title 18, United States Code, Section 1951, as alleged in Count Four of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT NINE

On or about October 8, 2018, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

## CLYDE JEFFERSON,

together with others known and unknown to the Grand Jury, with intent to defraud, did pass and utter to S.H., a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of twenty dollars, Serial No. MH61110029B, which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Sections 472 and 2.

## COUNT TEN

On or about January 8, 2019, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

## CLYDE JEFFERSON,

together with others known and unknown to the Grand Jury, did intentionally and unlawfully

obstruct, delay and affect, and attempt to obstruct delay and affect, commerce as that term is

defined in Title 18, United States Code, Section 1951, and the movement of articles and

commodities in such commerce, by robbery as that term is defined in Title 18, United States

Code, Section 1951, in that after a juvenile victim known to the Grand Jury used LetGo to

arrange for the sale of the victim's iPhone, the victim met with the defendant to complete the

transaction and the defendant did unlawfully take and obtain the victim's property that is, an

Apple iPhone, from the victim and against the will of the victim by means of actual and

threatened force, violence, and fear of injury, immediate and future, to the victim

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT ELEVEN

On or about January 8, 2019, in St. Louis City, in the Eastern District of Missouri, the

defendant,

## CLYDE JEFFERSON,

did knowingly brandish a firearm, during and in relation to a crime of violence for which he may

be prosecuted in a court of the United States, that is interfering with commerce by robbery, in

violation of Title 18, United States Code, Section 1951, as alleged in Count Ten of this

indictment.

In violation of Title 18, United States Code, Sections 924(c)(1).

## COUNT TWELVE

On or about January 8, 2019, in the City of St. Louis, within the Eastern District of

Missouri, the defendant,

## CLYDE JEFFERSON,

together with others known and unknown to the Grand Jury, with intent to defraud, did pass and

utter to a juvenile victim known to the Grand Jury a falsely made, forged and counterfeited

obligation of the United States, that is, a Federal Reserve Note in the denomination of one

hundred dollars, Serial No. JH41252209A, which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Sections 472 and 2.

## COUNT THIRTEEN

On or about January 29, 2019, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

## CLYDE JEFFERSON,

together with others known and unknown to the Grand Jury, did intentionally and unlawfully obstruct, delay and affect, and attempt to obstruct delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that after E.A. used Facebook Messenger to arrange for the sale of E.A.'s iPhone, E.A. met with the defendant to complete the transaction and the defendant did unlawfully take and obtain E.A.'s property that is, an Apple iPhone, from E.A. and against the will of E.A. by means of actual and threatened force, violence, and fear of injury, immediate and future, to E.A.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT FOURTEEN

On or about January 29, 2019, in St. Louis City, in the Eastern District of Missouri, the defendant,

## CLYDE JEFFERSON,

did knowingly brandish a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is interfering with commerce by robbery, in violation of Title 18, United States Code, Section 1951, as alleged in Count Thirteen of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT FIFTEEN

On or about February 7, 2019, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**CLYDE JEFFERSON,**

after having previously been convicted of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm to wit:   one Springfield Armory, .40 caliber semi-automatic pistol which had been manufactured outside the State of Missouri and had been transported in interstate or foreign commerce prior to the defendant's possession of it on February 7, 2019.

In violation of Title 18, United States Code, Sections 922(g) and 2.

## COUNT SIXTEEN

On or about February 7, 2019, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**CLYDE JEFFERSON,**

together with others known and unknown to the Grand Jury, with intent to defraud, did possess a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of twenty dollars, Serial No. MK10464892F, which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Sections 472 and 2.

## COUNT SEVENTEEN

On or about February 27, 2018, in St. Louis County, within the Eastern District of Missouri, the defendant,

**CLYDE JEFFERSON,**

together with others known and unknown to the Grand Jury, with intent to defraud, did pass and utter to J.K., a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of one hundred dollars, Serial No. LB55122254E,

which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Sections 472 and 2.

## COUNT EIGHTEEN

On or about September 24, 2018, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

## CLYDE JEFFERSON,

together with others known and unknown to the Grand Jury, with intent to defraud, did pass and utter to J.L., a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of twenty dollars, Serial No. MA20841243C, which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Sections 472 and 2.

## COUNT NINETEEN

On or about January 15, 2019, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

## CLYDE JEFFERSON,

together with others known and unknown to the Grand Jury, with intent to defraud, did pass and utter to A.N. and C.B., a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of twenty dollars, Serial No. MF1703166D, which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Sections 472 and 2.

## COUNT TWENTY

On or about February 5, 2019, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

## CLYDE JEFFERSON,

together with others known and unknown to the Grand Jury, with intent to defraud, did pass and utter to B.F., a falsely made, forged and counterfeited obligation of the United States, that is, a

Federal Reserve Note in the denomination of twenty dollars, Serial No. MK77215329D which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Sections 472 and 2.

### COUNT TWENTY-ONE

On or about November 6, 2018, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

### EBONY CANNAMORE,

together with others known and unknown to the Grand Jury, with intent to defraud, did possess a falsely made, forged and counterfeited obligation of the United States, that is, Federal Reserve Notes in the denomination of twenty dollars, bearing Serial Nos. MH61110029B and MG73971098E, and a Federal Reserve Note in the denomination of one hundred dollars, bearing Serial No. LG54551463D, which she then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Sections 480 and 2.

A TRUE BILL

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____

JENNIFER J. ROY, #47203MO
Assistant United States Attorney